Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−12122−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesus Silva
   309 Raritan Road
   Linden, NJ 07036

Social Security No.:
   xxx−xx−9889

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 02/01/2018 and a confirmation hearing on such Plan has been scheduled for 4/12/2018.

The debtor filed a Modified Plan on 04/11/2018 and a confirmation hearing on the Modified Plan is scheduled for 5/24/2018 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 12, 2018
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-12122-JKS
Jesus Silva                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2              Date Rcvd: Apr 12, 2018
                                Form ID: 186             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
```
db         +Jesus Silva,    309 Raritan Road,    Linden, NJ 07036-4814
cr         +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
             Mt. Laurel, NJ 08054-3437
517313585  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: CAPITAL ONE,     15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517313589  +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
517313591   John A. Youderian, Jr., LLC,    Attorney at Law of NJ,    P.O. Box 1735,
             Hockessin, DE 19707-5735
517313584  +Melissa Benlice,    309 Raritan Road,    Linden, NJ 07036-4814
517313593  +Phelan Hallinam & Diamond PC,    400 Fellowship Road,    Suite 100,
             Mount Laurel, NJ 08054-3437
517313595  +Sleep Diagnostics of NJ. Inc.,    2333 Morris Ave.,    Union, NJ 07083-5753
517313597  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court: TOYOTA MOTOR CREDIT,     4 GATEHALL DR STE 350,
             PARSIPPANY, NJ 07054)
517344965  +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517313599  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
            (address filed with court: WELLS FARGO HM MORTGAG,     8480 STAGECOACH CIR,
             FREDERICK, MD 21701)
517356658   Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,   N9286-01Y,
             1000 Blue Gentian Road,    Eagan MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 23:40:32      U.S. Attorney,   970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 23:40:28      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517313587  +E-mail/PDF: creditonebknotifications@resurgent.com Apr 12 2018 23:42:54      CREDIT ONE BANK NA,
             PO BOX 98875,    LAS VEGAS, NV 89193-8875
517313588  +E-mail/Text: bknotice@ercbpo.com Apr 12 2018 23:40:36      ENHANCED RECOVERY CO L,
             8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
517313590   E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 12 2018 23:40:45      JEFFERSON CAPITAL SYST,
             16 MCLELAND RD,    SAINT CLOUD, MN 56303
517395913  +E-mail/Text: bankruptcydpt@mcmcg.com Apr 12 2018 23:40:27      Midland Funding LLC,
             PO Box 2011,    Warren, MI 48090-2011
517313592   E-mail/PDF: bankruptcy@ncfsi.com Apr 12 2018 23:42:16      NEW CENTURY FINANCIAL,
             110 S JEFFERSON RD STE 1,    WHIPPANY, NJ 07981-1038
517406525  +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 12 2018 23:40:45      Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517313594  +E-mail/Text: bankruptcy@senexco.com Apr 12 2018 23:39:50      SENEX SERVICES CORP,
             333 FOUNDS RD,    INDIANAPOLIS, IN 46268
517313596  +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 23:42:47      SYNCB/ASHLEY HOMESTORE,
             C/O PO BOX 965036,    ORLANDO, FL 32896-0001
517313598  +E-mail/Text: bnc-bluestem@quantum3group.com Apr 12 2018 23:41:10      WEBBANK/FINGERHUT,
             6250 RIDGEWOOD RD,    SAINT CLOUD, MN 56303-0820
                                                                                             TOTAL: 11
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517313586* ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: CAPITAL ONE,     15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 12, 2018
                              Form ID: 186             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Jesus  Silva rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```