Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12122−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesus Silva
   309 Raritan Road
   Linden, NJ 07036

Social Security No.:
   xxx−xx−9889

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/22/19 at 10:00 AM

to consider and act upon the following:

*25* − Motion for Relief from Stay re: 309 RARITAN RD, LINDEN, NJ 07036. Fee Amount $ 181., Motion for Relief from Co−Debtor Stay of MELISSA BENLICE Filed by Nicholas V. Rogers on behalf of WELLS FARGO BANK, N.A.. Hearing scheduled for 7/26/2018 at 11:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Certificate of Service # 2 Supporting Documents # 3 Proposed Order) (Rogers, Nicholas)

Dated: 8/5/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court