Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12122−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jesus Silva
    309 Raritan Road
    Linden, NJ 07036

Social Security No.:
    xxx−xx−9889

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/27/19 at 10:00 AM

to consider and act upon the following:

*25* − Motion for Relief from Stay re: 309 RARITAN RD, LINDEN, NJ 07036. Fee Amount $ 181., Motion for Relief from Co−Debtor Stay of MELISSA BENLICE Filed by Nicholas V. Rogers on behalf of WELLS FARGO BANK, N.A.. Hearing scheduled for 7/26/2018 at 11:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Certificate of Service # 2 Supporting Documents # 3 Proposed Order) (Rogers, Nicholas)

Dated: 8/5/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jesus Silva  
    Debtor

Case No. 18-12122-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 05, 2019  
                 Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2019.  
db            +Jesus Silva,    309 Raritan Road,    Linden, NJ 07036-4814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2019 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
           kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg     magecf@magtrustee.com  
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
          Russell L. Low    on behalf of Debtor Jesus Silva rbear611@aol.com,  
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 6