Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  18−12122−JKS
                          Chapter:  13
                          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesus Silva
   309 Raritan Road
   Linden, NJ 07036

Social Security No.:
   xxx−xx−9889

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/19/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 19, 2019
JAN: zlh

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-12122-JKS
Jesus Silva                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Nov 19, 2019
                               Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
db              +Jesus Silva,    309 Raritan Road,    Linden, NJ 07036-4814
cr              +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                  Mt. Laurel, NJ 08054-3437
517313591        John A. Youderian, Jr., LLC,    Attorney at Law of NJ,    P.O. Box 1735,
                  Hockessin, DE 19707-5735
517313584       +Melissa Benlice,    309 Raritan Road,    Linden, NJ 07036-4814
517313593       +Phelan Hallinam & Diamond PC,    400 Fellowship Road,    Suite 100,
                  Mount Laurel, NJ 08054-3437
517313595       +Sleep Diagnostics of NJ. Inc.,    2333 Morris Ave.,    Union, NJ 07083-5753
517344965       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2019 00:14:00     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2019 00:13:57     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517313585        EDI: CAPITALONE.COM Nov 20 2019 04:38:00     CAPITAL ONE,    15000 CAPITAL ONE DR,
                  RICHMOND, VA 23238
517313587       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 20 2019 00:21:49     CREDIT ONE BANK NA,
                  PO BOX 98875,    LAS VEGAS, NV 89193-8875
517313588       +E-mail/Text: bknotice@ercbpo.com Nov 20 2019 00:14:03     ENHANCED RECOVERY CO L,
                  8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
517313589       +EDI: AMINFOFP.COM Nov 20 2019 04:38:00     FIRST PREMIER BANK,    601 S MINNESOTA AVE,
                  SIOUX FALLS, SD 57104-4868
517313590        EDI: JEFFERSONCAP.COM Nov 20 2019 04:38:00     JEFFERSON CAPITAL SYST,    16 MCLELAND RD,
                  SAINT CLOUD, MN 56303
517395913       +EDI: MID8.COM Nov 20 2019 04:38:00     Midland Funding LLC,    PO Box 2011,
                  Warren, MI 48090-2011
517313592       +E-mail/PDF: bankruptcy@ncfsi.com Nov 20 2019 00:21:48     NEW CENTURY FINANCIAL,
                  110 S JEFFERSON RD STE 1,    WHIPPANY, NJ 07981-1038
517406525       +EDI: JEFFERSONCAP.COM Nov 20 2019 04:38:00     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517313594        E-mail/Text: bankruptcy@senexco.com Nov 20 2019 00:12:32     SENEX SERVICES CORP,
                  333 FOUNDS RD,    INDIANAPOLIS, IN 46268
517313596       +EDI: RMSC.COM Nov 20 2019 04:38:00     SYNCB/ASHLEY HOMESTORE,    C/O PO BOX 965036,
                  ORLANDO, FL 32896-0001
517313597        EDI: TFSR.COM Nov 20 2019 04:38:00     TOYOTA MOTOR CREDIT,    4 GATEHALL DR STE 350,
                  PARSIPPANY, NJ 07054
517313598       +EDI: BLUESTEM Nov 20 2019 04:38:00     WEBBANK/FINGERHUT,    6250 RIDGEWOOD RD,
                  SAINT CLOUD, MN 56303-0820
517313599        EDI: WFFC.COM Nov 20 2019 04:38:00     WELLS FARGO HM MORTGAG,    8480 STAGECOACH CIR,
                  FREDERICK, MD 21701
517356658        EDI: WFFC.COM Nov 20 2019 04:38:00     Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,
                  Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517313586*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   CAPITAL ONE,     15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Nov 19, 2019
                              Form ID: 148             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Jesus  Silva rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```